AARON D. FORD
  Attorney General
DOUGLAS R. RANDS (Bar No. 3572)
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Interested Party
Nevada Department of
Corrections*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROGER HULL., | Case No.  3:26-cv-00190-MMD-CSD |
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| STATE OF NEVADA, et al. | |
| Defendants. | |

Plaintiff, Roger Hull, in pro se, and Defendants, by and through counsel, Aaron D. Ford,
Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General,
hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this
Court, with each party to bear their own costs.

DATED this 2 day of January, 2026.
            JUNE

ROGER HULL
*Plaintiff*

DATED this 15th day of June, 2026

AARON D. FORD
Attorney General

By:
   DOUGLAS R. RANDS (Bar No. 3572)
   Senior Deputy Attorney General
   *Attorneys for Interested Party*

**IT IS SO ORDERED.**

DATED this 16th day of June, 2026.

UNITED STATES DISTRICT JUDGE